IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-509-GCM

| | |
|---|---|
| LOUIS A. IMBRIANO, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| NNR GLOBAL LOGISTICS USA INC. | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John Benham Stanis,** filed October 28, 2014 [doc. # 10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Stanis is admitted to appear before this court *pro hac vice* on behalf of Defendant, NNR Global Logistics USA Inc..

**IT IS SO ORDERED.**

Signed: October 30, 2014

Graham C. Mullen
United States District Judge